## HERRING v. SAVAGE.

No. 1516.    Opinion Filed March 12, 1912.

(122 Pac. 167.)

**APPEAL AND ERROR—Briefs—Effect of Failure to File.** A cause having been duly assigned for hearing, and being reached on the calendar in due course, no briefs having been filed as required by rule 7 (20 Okla. viii, 95 Pac. vi), the same will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Beaver County;*
*W. M. Bowles, Judge.*

Action between Em Herring and John Savage. From the judgment, Herring brings error. Dismissed.

*J. W. Culwell,* for plaintiff in error.

WILLIAMS, J. The petition in error, with transcript attached, was filed in this court on March 19, 1910. The cause was duly assigned for hearing at the January, 1912, term, and, being reached in due course on the calendar, it appears that no briefs have been filed as required by rule 7 (20 Okla. viii, 95 Pac. vi) of this court.

It follows that the appeal must be dismissed.

All the Justices concur.